# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

QUINTON JACKSON

NO. 2019 KW 0828

AUG 0 5 2019

---

In Re:   Quinton Jackson, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, No.
         37611.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                         JMM
                         MRT
                         WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
       FOR THE COURT